# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Empire Freight Logistics | 11/30/2022 | Wire | $ 162,647.91 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 12/9/2022 | Wire | $ 62,559.60 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 12/16/2022 | Wire | $ 79,718.23 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 12/23/2022 | Wire | $ 118,152.25 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 12/30/2022 | Wire | $ 103,492.71 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 1/6/2023 | Wire | $ 43,760.85 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 1/13/2023 | Wire | $ 98,869.44 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 1/20/2023 | Wire | $ 42,356.03 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 1/27/2023 | Wire | $ 49,800.61 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 2/1/2023 | Wire | $ 32,989.65 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 2/8/2023 | Wire | $ 93,450.63 |
| Akorn Operating Company, LLC | Empire Freight Logistics | 2/14/2023 | Wire | $ 50,783.00 |
| | | | | $ 938,580.91 |