# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>            Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>            Plaintiff,<br><br>    v.<br><br>EMPIRE FREIGHT LOGISTICS,<br><br>            Defendant | Adv. Pro. No. 25-50248 (KBO) |

## NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES

**PLEASE TAKE NOTICE** that on July 11, 2025, Defendant Empire Freight Logistics, by and through undersigned counsel, caused a copy of *Defendant's Initial Disclosures* to be served upon the following via email.

| | |
|---|---|
| **Special Counsel to the Plaintiff**<br>Emily Robbins<br>Tuner N. Faulk<br>**Saul Ewing LLP**<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania 19102-2186<br>Email: emily.robbins@saul.com<br>         turner.falk@saul.com | **Special Counsel to the Plaintiff**<br>Michelle Novick<br>**Saul Ewing LLP**<br>161 North Clark Street, Suite 4200<br>Chicago, Illinois 60601<br>Email: michelle.novick@saul.com |

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

<table>
<tr><td>

Dated: July 14, 2025
Wilmington, Delaware

</td><td>

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Morgan L. Patterson (DE Bar No. 5388)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: morgan.patterson@wbd-us.com
            marcy.smith@wbd-us.com
-and-

Ronald M. McMillan
**CALFEE, HALTER & GRISWOLD LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114 1607
Telephone: (216) 622-8698
Email: rmcmillan@calfee.com

*Counsel for Empire Freight Logistics*

</td></tr>
</table>

WBD (US) 4928-6845-0133v1