# **CERTIFICATE OF SERVICE**

Pursuant to the Local Rules of this Court, I hereby certify that a copy of the foregoing *Answer and Affirmative Defenses to Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 547, 548 & 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* was served via ECF on July 17, 2025, to all necessary parties including:

**Counsel to the Plaintiff**
Emily Robbins
Tuner N. Faulk
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102-2186
Email: emily.robbins@saul.com
       turner.falk@saul.com

**Counsel to the Plaintiff**
Michelle Novick
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Email: michelle.novick@saul.com

**Counsel to the Plaintiff**
Evan T. Miller
Paige N. Topper
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

Date: July 17, 2025

                                               */s/ Morgan L. Patterson*
                                               Morgan L. Patterson (Del. Bar No. 5388)