# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,*[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.,*<br><br>        Plaintiff,<br><br>    v.<br><br>EMPIRE FREIGHT LOGISTICS,<br><br>        Defendant | Adv. Pro. No. 25-50248 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 25, 2025, Defendant Empire Freight Logistics, by and through undersigned counsel, caused a copy of (i) *Defendant Empire Freight Logistics' First Request for Admissions to Plaintiff*; (ii) *Defendant Empire Freight Logistics' First Set of Interrogatories to Plaintiff*; and (iii) *Empire Freight Logistics' First Set of Requests for Production of Documents to Plaintiff* to be served upon the following via email.

| | |
|---|---|
| **Special Counsel to the Plaintiff**<br>Emily Robbins<br>Tuner N. Faulk<br>Paige Topper<br>**Saul Ewing LLP**<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania 19102-2186<br>Email: emily.robbins@saul.com<br>       turner.falk@saul.com<br>       paige.topper@saul.com | **Special Counsel to the Plaintiff**<br>Michelle Novick<br>**Saul Ewing LLP**<br>161 North Clark Street, Suite 4200<br>Chicago, Illinois 60601<br>Email: michelle.novick@saul.com |

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| Dated: July 28, 2025<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Marcy J. McLaughlin Smith*<br>Morgan L. Patterson (DE Bar No. 5388)<br>Marcy J. McLaughlin Smith (DE Bar No. 6184)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email: morgan.patterson@wbd-us.com<br>          marcy.smith@wbd-us.com<br>-and-<br><br>Ronald M. McMillan<br>**CALFEE, HALTER & GRISWOLD LLP**<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114 1607<br>Telephone: (216) 622-8698<br>Email: rmcmillan@calfee.com<br><br>*Counsel for Empire Freight Logistics* |