# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE FREIGHT LOGISTICS,<br><br>Defendant. | Adv. Proc. No. 25-50248 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on September 22, 2025, a copy of the *Plaintiff's Objections And Responses To Defendant Empire Freight Logistics' First Request For Admissions To Plaintiff*, the *Plaintiff's Objections And Responses To Empire Freight Logistics' First Set Of Requests For Production Of Documents To Plaintiff*, and the *Plaintiff's Objections And Responses To Defendant Empire Freight Logistics' First Set Of Interrogatories To Plaintiff* was served via E-Mail on the parties below:

| *E-Mail* | *E Mail* |
|---|---|
| Ronald M. McMillan<br>Calfee, Halter & Griswold<br>1405 East Sixth Street<br>Cleveland, Ohio  44114-1607<br>Email: rmcmillan@calfee.com | Marcy McLaughlin Smith<br>Morgan Patterson<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

56333718.1
393059-00001

|  | Morgan.Patterson@wbd-us.com<br>Marcy.Smith@wbd-us.com |
|---|---|

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

    and

    Michelle G. Novick (admitted pro hac vice)
    161 North Clark Street, Suite 4200
    Chicago, IL 60601
    Telephone: (312) 876-7899
    michelle.novick@saul.com

    and

    Turner N. Falk (admitted pro hac vice)
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-8415
    turner.falk@saul.com

    *Counsel to Plaintiff*

Dated: September 22, 2025