# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>        Plaintiff,<br>v.<br><br>EMPIRE FREIGHT LOGISTICS,<br><br>        Defendant. | Adv. Pro. No. 25-50248 (KBO) |

**NOTICE OF SERVICE OF EMPIRE FREIGHT LOGISTICS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS <u>DIRECTED TO DEFENDANT</u>**

      **PLEASE TAKE NOTICE** that, on September 26, 2025, Defendant Empire Logistics by and through the undesigned counsel, caused a copy of *Empire Freight Logistics' Objections and Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents and Requests For Admissions Directed to Defendant* to be served upon the following via email:

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

> Counsel to Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*
>
> **Saul Ewing LLP**
> Attn: Evan T. Miller
> 1202 N. Market Street, 23rd Floor
> Wilmington, DE 19801 evan.miller@saul.com
>
> Attn: Michelle G. Novick
> 161 North Clark Street, Suite 4200
> Chicago, IL 60601
> michelle.novick@saul.com
>
> Attn: Turner N. Faulk
> 1500 Market Street, 38th Floor
> Philadelphia, PA 19102
> turner.faulk@saul.com

| | |
|---|---|
| Dated: September 26, 2025<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Morgan L. Patterson (DE Bar No. 5388)<br>Michael Barber (DE Bar No. 7158)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone  (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email: morgan.patterson@wbd-us.com<br>           michael.barber@wbd-us.com<br><br>-and-<br><br>Ronald M. McMillan<br>**CALFEE, HALTER & GRISWOLD LLP**<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, OH 44114 1607<br>Telephone: (216) 622-8698<br>Email: rmcmillan@calfee.com<br><br>*Counsel for Empire Freight Logistics* |