IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,* [1]<br><br>Debtors. | Chapter 7<br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 19, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**CONTINUED MATTERS:**

1.  Scheduling Conference in Adversary Proceedings

    Status:   Scheduling Conference in Adversary Proceedings as identified on Schedule 1 are being adjourned to January 23, 2026 at 10:00 a.m. ET.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

**CONCLUDED MATTERS:**

2. Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlements Between the Trustee and Douglas Pharmaceuticals America, Ltd., and Between the Trustee and Empire Freight Logistics [Filed 11/7/2025; Docket No. 1504]

    Adv. 25-50127 – Adv. Docket No. 4
    Adv. 25-50248 – Adv. Docket No. 17

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection [Filed 11/24/2025; Docket No. 1515] |
    | | | Adv. No. 50127 – Adv. Docket No. 5 |
    | | | Adv. No. 50228 – Adv. Docket No. 18 |
    | | (b) | Entered Order [Filed 11/25/2025; Docket No. 1517] |
    | | | Adv. 25-50127 – Adv. Docket No. 6 |
    | | | Adv. 25-50248 – Adv. Docket No. 19 |
    | Objection Deadline: | | November 21, 2025 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | This matter is concluded. Order has been entered by the Court. |

3.  Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Between the Trustee and Ethypharm S.A.S (Adversary No. 25-50249)
    [Filed 11/7/2025; Docket No. 1505; Adv. No. 13]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection [Filed 11/24/2025; Docket No. 1516; Adv. No. 14] |
    | | (b) | Entered Order [Filed 11/25/2025; Docket No. 1518; Adv. No. 15] |
    | Objection Deadline: | | November 21, 2025 at 4:00 p.m. |
    | Responses Received: | | None |
    | Status: | | This matter is concluded. Order has been entered by the Court. |

4.  Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 Through October 31, 2025 [Filed 11/18/2025; Docket No. 1512]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection [Filed 12/3/2025; Docket No. 1523] |
    | | (b) | Entered Order [Filed 12/16/2025; Docket No. 1535] |
    | Objection Deadline: | | December 2, 2025 at 4:00 p.m. |
    | Responses Received: | | None |
    | Status: | | This matter is concluded. Order has been entered by the Court. |

LEGAL\112043991\2 6010823/00574256
12/17/2025

5.     Sixth Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through October 31, 2025
[Filed 11/18/2025; Docket No. 1513]

|  | | |
|---|---|---|
| Related Documents: | (a) | Certificate of No Objection [Filed 12/3/2025; Docket No. 1524] |
|  | (b) | Entered Order [Filed 12/16/2025; Docket No. 1536] |
| Objection Deadline: | | December 2, 2025 at 4:00 p.m. |
| Responses Received: | | None |
| Status: | | This matter is concluded. Order has been entered by the Court. |

6.     Motion to Limit Service of Notice Regarding Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through October 31, 2025 and Sixth Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through October 31, 2025
[Filed 11/18/2025; Docket No. 1514]

|  | | |
|---|---|---|
| Related Documents: | (a) | Certificate of No Objection [Filed 12/3/2025; Docket No. 1525] |
|  | (b) | Entered Order [Filed 12/8/2025; Docket No. 1529] |
| Objection Deadline: | | December 2, 2025 at 4:00 p.m. |
| Responses Received: | | None |
| Status: | | This matter is concluded. Order has been entered by the Court. |

2

7. Fifth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from April 1, 2025 through September 30, 2025
[Filed 11/26/2025; Docket No. 1520]

   Related Documents:   (a)   Certificate of No Objection
                              [Filed 12/16/2025; Docket No. 1538]

                        (b)   Entered Order
                              [Filed 12/16/2025; Docket No. 1540]

   Objection Deadline:   December 10, 2025 at 4:00 p.m.

   Responses Received:   None

   Status:   This matter is concluded. Order has been entered by the Court.

8. Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims
[Filed 11/26/2025; Docket No. 1521]

   Related Documents:   (a)   Certificate of No Objection
                              [Filed 12/16/2025; Docket No. 1539]

                        (b)   Entered Order
                              [Filed 12/17/2025; Docket No. 1541]

   Objection Deadline:   December 12, 2025 at 4:00 p.m.

   Responses Received:   None

   Status:   This matter is concluded. Order has been entered by the Court.

9.     Motion of George L. Miller, Chapter 7 Trustee to the Estates of Akorn Holding Company, LLC, et al. to Approve Settlement Agreement with the Hilsinger Company d/b/a Hilco Vision
(Adversary No. 25-50385)
[Filed 11/17/2025; Docket No. 1511; Adv. No. 11]

| | | |
|---|---|---|
| Related Documents: | (a) | Certificate of No Objection<br>[Filed 12/15/2025; Docket No. 1534] |
| | (b) | **Entered Order**<br>**[Filed 12/17/2025; Docket No. 1543; Adv. No. 13]** |
| Objection Deadline: | | December 2, 2025 at 4:00 p.m. |
| Responses Received: | | None |
| **Status:** | | **This matter is concluded. Order has been entered by the Court.** |

Dated: December 17, 2025
       Wilmington, Delaware

COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
       John T. Carroll, III (DE Bar No. 4060)
       1201 N. Market Street
       Suite 1001
       Wilmington, DE 19801
       (302) 295-2028 Phone
       jcarroll@cozen.com

       *Counsel to George L. Miller,*
       *Chapter 7 Trustee*

4

# SCHEDULE 1

| **Adversary Actions Scheduling Conference Adjourned.** | | |
|---|---|---|
| **Defendant** | **Adv. No.** | **Status** |
| 1. Beth Zelnick-Kaufman | 25-50380 | Adjourned to 1/23/2026 at 10:00 a.m. ET |
| 2. Christopher C. Young | 25-50381 | Adjourned to 1/23/2026 at 10:00 a.m. ET |
| 3. Erislandy Dorado-Boladeres | 25-50382 | Adjourned to 1/23/2026 at 10:00 a.m. ET |
| 4. John Sweeney | 25-50383 | Adjourned to 1/23/2026 at 10:00 a.m. ET |
| 5. Kevin Bain, et al. | 25-50367 | Adjourned to 1/23/2026 at 10:00 a.m. ET |
| 6. Walmart, Inc. | 25-50360 | Adjourned to 1/23/2026 at 10:00 a.m. ET |
| 7. William Ostrowski | 25-50384 | Adjourned to 1/23/2026 at 10:00 a.m. ET |