# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE FREIGHT LOGISTICS,<br><br>Defendant. | Adv. Proc. No. 25-50248 (KBO) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, et al., and Defendant Empire Freight Logistics, by and through their undersigned counsel, hereby stipulate to dismiss with prejudice this adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| SAUL EWING LLP | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| */s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Counsel for Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee* | */s/ Marcy J. McLaughlin Smith*<br>Morgan L. Patterson (DE Bar No. 5388)<br>Marcy J. McLaughlin Smith (DE Bar No. 6184)<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone (302) 252-4320<br>Facsimile: (302) 252-4330<br>morgan.patterson@wbd-us.com<br>marcy.smith@wbd-us.com<br><br>-and-<br><br>**CALFEE, HALTER & GRISWOLD LLP**<br><br>Ronald M. McMillan<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, OH 44114 1607<br>Telephone: (216) 622-8698<br>rmcmillan@calfee.com<br><br>*Counsel for Defendant Empire Freight Logistics* |

Dated: December 22, 2025